UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Hector Fidencio Garza and Isabel Zoraida Garza
Debtor

Case No.: 10–50249

Chapter: 13

## ORDER CONFIRMING CHAPTER 13 PLAN

Came on for confirmation hearing the Debtor's Plan, and the Chapter 13 Trustee having represented that all parties in interest were served a true and correct copy of the Chapter 13 Plan or the Chapter 13 Plan Summary and a Notice of Confirmation Hearing which included notice of the hearing date and time together with specific notice of the substance of the matters to be considered at the confirmation hearing and no party in interest having filed an objection to confirmation or all filed objections having been withdrawn, satisfied, or overruled, and the Trustee having recommended that the Plan be confirmed, it is:

ORDERED that Debtor's Chapter 13 Plan filed as document number 37 on the docket sheet is confirmed;

FURTHER ORDERED that Debtor shall make all payments pursuant to the Plan as set forth in the Chapter 13 Plan and Summary;

FURTHER ORDERED that Debtor shall comply with all terms and conditions of the Chapter 13 Plan Summary;

FURTHER ORDERED that the Chapter 13 Trustee, William E. Heitkamp shall make distributions only pursuant to and as specified in the Confirmed Plan or Chapter 13 Plan Summary, unless further ordered after notice and hearing by this Court. Trustee's Distributions to Debtor's Attorney shall be pursuant to the Plan, upon entry and in the unpaid amount of an order(s) allowing fees, not to exceed the amount provided in the Plan;

FURTHER ORDERED that if a proof of claim is filed or an administrative claim is allowed different from any specified distribution in the Chapter 13 Plan or Chapter 13 Plan Summary and distribution would not adversely affect any party in interest, then upon written request to the Chapter 13 Trustee by Debtor or Debtor's attorney, the Trustee may disburse funds on such proof of claim or administrative claim without further notice and hearing or order of this Court;

FURTHER ORDERED that Debtor shall not incur any debts post–confirmation without either prior written consent from the Chapter 13 Trustee or an Order of this Court;

FURTHER ORDERED that Debtor shall inform the Chapter 13 Trustee of any inheritance, change in income or any other event, which materially changes the financial position of Debtor;

FURTHER ORDERED that all property of Debtor's Estate shall re–vest in Debtor on the date specified in the confirmed Chapter 13 Plan or Chapter 13 Plan Summary. If no date is specified, all property of Debtor's Estate shall re–vest in Debtor upon Debtor receiving a discharge under 11 U.S.C. Sec. 1328 or this case being dismissed;

FURTHER ORDERED that in the event this case is converted or dismissed after confirmation, the Chapter 13 Trustee shall disburse all undistributed plan payments received prior to conversion or dismissal to the creditors pursuant to the Plan or Chapter 13 Plan Summary;

FURTHER ORDERED that all directives to the Debtor(s) contained herein constitute Orders of the Court within the meaning of U.S.C. Sec. 109(g)(1).

Signed and Entered on Docket: 12/1/10

WESLEY W STEEN
United States Bankruptcy Judge